LAWRENCE BREWSTER, Regional Solicitor
BRUCE L. BROWN, WSBA #18844
Associate Regional Solicitor
brown.bruce.l@dol.gov
EVAN H. NORDBY, WSBA #35937
Trial Attorney
nordby.evan@dol.gov
U.S. Department of Labor, Office of the Solicitor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
Phone (206) 553-0940
Fax (206) 553-2768
Attorneys for Plaintiff Hilda L. Solis

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>    Plaintiff,<br><br>v.<br><br>R.M. INTERNATIONAL, INC., a limited liability company; & JAMES KEYES, an individual,<br><br>    Defendants. | CASE NO.<br><br>**COMPLAINT**<br><br>**(VIOLATIONS OF<br>FAIR LABOR STANDARDS ACT)** |

I

Plaintiff Hilda L. Solis, Secretary of Labor, brings this action pursuant to Section 17 of the Fair Labor Standards Act of 1938 as amended, 29 U.S.C. §§ 201-19, ("FLSA" or "the Act"), to enjoin Defendants from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Act. Plaintiff also and separately brings this action, (1) pursuant to Section 16(c) of the Act for the recovery of a Judgment against Defendants for unpaid overtime compensation due Defendants'

employees and liquidated damages in an amount equal thereto, or, in the event liquidated damages are not awarded, pre-judgment interest computed on the unpaid wages due; and (2) pursuant to Section 17 of the Act, for recovery of a Judgment restraining Defendants from withholding payment of unpaid overtime compensation due Defendants' employees.

II

Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the Act and 28 U.S.C. §§ 1331 and 1345.

III

(a)     Defendant R.M. INTERNATIONAL, INC., is an Oregon corporation, with a primary place of business located at 3449 N. Anchor Street, Portland, OR 97217, within the jurisdiction of this Court, where it is engaged in the business of industrial testing.

(b)     Defendant JAMES KEYES, an individual, is the President and an owner of R.M. INTERNATIONAL, INC., with a primary place of business located at 3449 N. Anchor Street, Portland, OR 97217, and is an employer within the meaning of the Act as he acts directly or indirectly in the interest of R.M. INTERNATIONAL, INC., in relation to the employees listed on Exhibit A to the Complaint, and has economic and operational control over R.M. INTERNATIONAL, INC. and its business in the state of Oregon.

IV

At all times relevant to this Complaint, Defendants have employed and are employing, employees in and about their aforesaid place of business in ordering, receiving, preparing, storing and handling goods and materials which have been transported, shipped, or delivered from points outside the State of Oregon; in preparing, transmitting, mailing, or receiving transmissions, reports, letters, correspondence, billings, or remittances to and from points outside the State of Oregon and in using the facilities of commerce. Said employees, by reason of their activities as aforesaid, were and are engaged in commerce within the meaning of the Act.

V

At all times relevant to this Complaint, Defendants employed and are employing, employees in and about their aforesaid places of business in handling, preparing or otherwise

working on equipment and other goods or materials which have been transported, shipped or delivered to places within the State of Oregon from places outside thereof and were produced for commerce.

VI

At all times relevant to this Complaint, the activities of Defendants (referred to in paragraphs III, IV, and V above) were and are related and performed through unified operation or common control for a common business purpose, and constitute an enterprise within the meaning of Section 3(r)(1) of the Act.

VII

At all times relevant to this Complaint, said enterprise had employees engaged in commerce or in the production of goods for commerce, including employees handling, preparing or otherwise working on equipment and other goods or materials which have been transported, shipped or delivered in or produced for commerce, as aforesaid. Said enterprise at all times relevant to this Complaint has had an annual gross volume of sales made or business done of not less than $500,000 (exclusive of sales taxes at the retail level stated separated), and as such is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A).

VIII

Defendants have violated and are violating the provisions of Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207, 215(a)(2), by employing many of its employees engaged in commerce or in the production of goods for commerce, for workweeks longer than forty (40) hours since March 1, 2006, without compensating said employees for their employment in excess of 40 hours in such work weeks at rates not less than one and one-half the regular rates at which they were employed.

IX

Defendants have violated or are violating the monetary provisions of the Act, as alleged in paragraph VIII above, and as a result, Defendants are liable for unpaid overtime compensation and an equal amount in liquidated damages under Section 16(c) of the Act. 29 U.S.C. § 216(c).

WHEREFORE, cause having been shown, Plaintiff prays for a Judgment against Defendants as follows:

(1) For an Order pursuant to Section 17 of the Act permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and all persons acting in their behalf and interest from prospectively violating the provisions of Section 15(a)(2) and 15(a)(5) of the Act; and

(2) For an Order:

(a) pursuant to Section 16(c) of the Act finding Defendants liable for unpaid overtime compensation found by the Court to be due Defendants' employees, or, in the event liquidated damages are not awarded,

(b) pursuant to Section 17 enjoining and restraining Defendants, their officers, agents, servants, employees, and all persons acting in their behalf and interest from withholding payment of unpaid overtime compensation found due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621; and

(3) For an Order awarding Plaintiff the costs of this action; and

(4) For an Order granting such other and further relief as may be necessary and appropriate.

Dated: July 27, 2009

CAROL A. DEDEO
Deputy Solicitor for National Operations

LAWRENCE BREWSTER
Regional Solicitor

BRUCE L. BROWN
Associate Regional Solicitor

EVAN H. NORDBY
Trial Attorney

By: /s/ Evan H. Nordby
EVAN H. NORDBY, WSBA #35937

Attorneys for Petitioner Hilda L. Solis,
Secretary of Labor
United States Department of Labor
Office of the Solicitor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
Phone (206) 553-0940
Fax (206) 553-2768
E-mail: Nordby.evan@dol.gov

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Adams | Danny L. | Bettencourt | Gordon D |
| Aker | Earnest Lamar | Binford | Robert J. |
| Allen | Glenn L | Bishop | David L. |
| Allen | Richard E | Black | Stacey |
| Anderson | Anna | Blair | Roger G |
| Anderson | Daniel | Boje | Vic |
| Anderson | Michael L. | Bonar | Mark A |
| Anderson | Robert | Bonstein | Don J |
| Andrew | Bill J | Boothe | William L |
| Asher | Doug R | Bourret | Peter |
| Azich | Brian | Bower | Dennis |
| Azich | Danny | Brahm | Stanley A |
| Azich | Karen | Bridges | Larry K |
| Baker | Bradley M | Brimmerman | Leroy G. |
| Baker | Rex | Bryan | George E |
| Balogh | Cary L | Burkhardt | David |
| Barber | Orin | Burnett | Andrew S |
| Barham | Gary | Burns | David C |
| Battan | Arun L | Burrell | Michael L |
| Bauer | Adam K | Bushek | Daryl L |
| Beaver | Richard | Butcher | Boyd G |
| Beeman | Kenneth W | Butler | William |
| Bennett | Raymond E | Cach | Richard |
| Benson | Burt A | Cain | Stephen D |
| Benson | Janice K | Campbell | Ricky J |
| Benson | Lance E | Campbell | Warren E |
| Bepristis | Brian | Canfield | Robert A. |
| Berry | Hubert L | Cardenas | Ruben H |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Carmen | Donald | Crawford | Dennis |
| Carroll | Michael E | Crop | Bruce A |
| Carter | Dana L. | Cropper | Vernon |
| Castile | Larry | Cross | Michael S. |
| Chaffee | David | Cullins | Frederick O |
| Chambers | Robert | Cunningham | Rick |
| Champ | Maurice H | Cushman | James R |
| Champney | Gerald | Dancsa | Steve J. |
| Chapman | Dennis W | Daniels | Alan J |
| Chapman | Michael S | Daniels | Craig A. |
| Chapman | Nancy M | Davidson | G. Earnest |
| Charters | Ray | Davies | Victor L |
| Chicas | Antonio | Davis | Keith A |
| Choate | David L. | Davis | Paul H. |
| Clark | Norman L. | Delos Reyes | Franklin H |
| Clay | Robert | Deming | Daniel J |
| Clement | Larry M. | Denman | Thomas A |
| Clough | Thomas V | Dennis | Janice |
| Cody | Dustin K. | Dickerson | Celesta S |
| Coleman | Patrick L | Dingman | Matthew C |
| Conn | William H | Dionne | Mitchell |
| Connelly | Steven | Dixon | David W |
| Cottrell | Chris | Dominguez | Ed |
| Coursey | Jill | Doreen | Bruce |
| Court | Donald W | Drager | John R |
| Courville | James F | Drygas | Henryk T |
| Cox | Norman L | Dunham | Paul F |
| Cramer | Michael B | Dunkin | James E |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Dykema | Daryl J | Geiger | Timothy P |
| Edwards | Raymond S | Gerdes | John |
| Egger | Frank E | Gill | Doug |
| Eichelberger | Kraig | Gillespie | Craig |
| Elliott | Gary | Gillespie | William K |
| Enebo | Steven K | Gino | Sammy |
| England | Brian A. | Glaspie | Jeramy |
| Evink | Gary | Glenn | Mary B |
| Ewing | Dallas C | Gonzales | Edward S |
| Faiyaz | Mohammed | Gonzales | Rafael B. |
| Fanning | David J | Goodhue | Daniel P |
| Faraji | Erasto R | Gorelov | Mikhail I |
| Farmer | Stephen E | Grace | Jeffrey |
| Farrar | Joshua S | Green | Donald O "Donny" |
| Fassold | Frank O | Green | Jimmie |
| Feenan | Patrick J | Green | Kenneth L. Jr. |
| Ferdon | Gerald | Green | Richard E |
| Fischer | Jeff | Gregory | Charles (Rusty) |
| Fisher | Mark W | Griffis | David B |
| Fizsimons | Paul A. | Griffith | David W. |
| Fleming | Herbert A | Grosse | Loren C |
| Fleming | Kenneth D | Guffey | Paul D |
| Foland | Charles C. | Hadduck | Arthur L. |
| Freeman | Roger | Hahn | Adam K |
| Frisco | Mark D | Hakkinen | Erik |
| Galvin | Terrence J | Haley | Jon P |
| Garcia | Ronald J | Haley | Warren (Scott) |
| Gaylord | Ronald R | Hall | Lawrence |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Hamilton | Delmar R | Holmes | David J. |
| Hamlin | Gary D | Holness | Joseph W |
| Hammond | Tom | Holt | Dean |
| Hansen | Ted J | Hout | Neal |
| Hargens | Holland C | Howell | Bruce |
| Harman | Marc L. R. | Hoyt | Mark A |
| Harnden | Denora | Hubbard | Dennis |
| Harnden | Earl | Huckaby | Anthony G |
| Hart | Bryan L | Huffman | George A |
| Harte | Camille | Hughes | Michael |
| Harter | Robert C | Hughson | Stephen J |
| Harvey | Alton Sr. | Huston | Troy L. |
| Haviland | Stephen C | Irick | Jerry T |
| Hawkins | John L | Isom | Daniel P |
| Heath | Merlin E | Jackman | Steven |
| Heidt | Michael S | Jackson | Luther L Jr |
| Henderson | Ronald E | Janes | Michael R |
| Herbert | Jonathan G | Jean | Roger |
| Herrera | Alejandro | Johnson | Iran |
| Heston | William M | Johnson | Martin L |
| Hickman | Darrel | Johnson | Michael |
| Hiebert | Jeffrey L | Johnson | Will |
| Hiles | Dennis W | Jones | Arthur Jr |
| Hillison | David | Jones | Cornell L |
| Hinostroza | Kathleen K | Jones | David L. |
| Hite | Duffy P. | Kanistanaux | McCoy |
| Hodge | Stephanie S. | Karnis | Ronald |
| Hoffee | John R | Karpa | Arthur L. |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Kearns | John D | Linge | Darin |
| Keeney | Michael J | Linley | Kevin W |
| Kellar | John P. | Linnell | Rodney |
| Kellogg | Richard (Dick) | Linson | Eric T |
| Kile | Gary Eugene | Lloyd | Edward N. |
| Kirkingburg | Hallie E | Lopez | Victor |
| Kirkland | Justin | Louch | John R |
| Klawuhn | John A | Lounsbury | Art J |
| Kloepper | Larry L | Lounsbury | Scott E |
| Kramer | Horst | Loveless | Steve A |
| Kruger | Richard E (Rick) | Ludka | Richard |
| Kuehn | Michael | Ludlow | Michael J |
| Lamb | Lester L. | Luiz | Michael J. |
| Lantz | Fred | Luiz | Mike J. |
| Larson | Robert E. | Luster | Robert Dale |
| Larson | Robert J. | Macabeo | Art |
| Laughlin | Daniel | MacFarlane | Robert L. |
| Laureano | Gilberto | Macias-Gonzalez | Eduard |
| Laws | Mark | | |
| Lawson | Scott A | Mackiewicz | Peter C. |
| Layman | Ronald W Jr | Magby | Eric W |
| Leben | John B | Maglalang | Albino V Jr. |
| Lemons | Richard M. | Manary | Monti C |
| Lenney | Richard | Mangan | Evan |
| Leno | Rick F. | Mangual | Perfecto |
| Lilly | Ronald L Jr | Mankey | David L. |
| Lindsay | Craig M. | Mankey | Phillip M. |
| Lineberger | V. David | Maroney | Thomas |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Marshburn | Monte R | Miller | Kenneth J Jr |
| Martinez | Filiberto | Milton | Christopher |
| Mason | Richard | Mitchell | Randall S "Scott" |
| Matasci | Debra L. | Moir | Keith L. |
| Matson | Arthur "Royce" | Montee | Raymond |
| Mayen-Garcia | Diego | Moore | Charles J. (Jay) |
| McAloon | Terrence C | Moran | Thomas J |
| McCann | Robert M. | Morrissey | Gene |
| McCollam | Barry E | Mosley | Shawn |
| McConnell | Edward S. | Mouser | Jeremy |
| McCune | Dennis L | Mowrey | Gary T. |
| McDonald | Russel (Scott) | Mudder | Timothy |
| McFarland | Michael J | Murphy | Gail M. |
| McFarland | Michael R | Murphy | Robert R |
| McFarren | David | Murphy | Tim |
| McInerney | Michael | Myers | Lorre |
| McIntosh | Rachael C | Myers | Robert |
| McManus | Keith D | Myers | Wilbert L Jr |
| McPherson | Leo S | Neal | Mack R |
| McWilliams | Bernie | Nelson | Joe |
| Meighan | Jason | Newkirk | Timothy R. |
| Mein | John | Nichols | Richard |
| Melnichenko | Vladimir A | Nielsen | Saundra D. |
| Mercer | James | Noonan | Harry |
| Miles | Steven T | Norwood | Frank L |
| Miller | Charles H | O'Donnell | Craig P |
| Miller | Greg | O'Kelley | Fred T |
| Miller | James (JD) | Olejniczak | Mike |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| O'Neal | Billy L | Riley | Kelly |
| Ortman | Floyd (Van) | Roberson | Vonda S |
| Osborne | Jack O. Jr. | Roberts | Fred L |
| Palmquist | Kevin | Rode | Jack A |
| Palumbo | Jerry A | Roemer | Tim D |
| Pattison | Stephen | Rojas-Corona | Delfino |
| Paulmier | Carlton M. | Romeo | James R |
| Payne | Tina M. | Rosamilia | Anthony L. |
| Pearcy | William (Bill) | Rosca | Cornel |
| Pearson | Marshall G | Rowland | William W |
| Pepper | Robert L. | Royse | Eugene A. |
| Pepper | Walter F. | Rushing | Clarence L. |
| Perez | Raul A. | Rusnak | Daniel |
| Perry | Andrew W Sr | Ryan | Michael C |
| Pierce | Dan | Sadler | James C |
| Pierce-Shult | Natalie M. | Saenz | Jorge L |
| Pokorny | Bob | Sager | Doughlas (Scott) |
| Pomplun | James | Sager | John W. |
| Porter | James A | Sampson | Charles G |
| Porter | Nathan | Sampson | Tommy |
| Pousche | Tom R | Sandusky | Terry L |
| Prevo | William | Satterlee | Michael D |
| Prudhomme | Patrick J. | Savage | Howard |
| Ragan | Irene | Schenewerk | Raymond L |
| Rasmusson | Larry | Schiermeister | Ellsworth |
| Read | Michael W | Schiller | Lonny |
| Reese | Richard | Schwindt | Allan J |
| Richards | Steve C | Self | Ronald L |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Semore | James G | Stipe | Chris |
| Serrano | Shan W | Stockwell | Michael |
| Shaw | Robert | Strode | R. Edward |
| Shillam | James J. | Strong | Steve |
| Shook | Nathaniel E | Sullivan | Ronald |
| Shulenbarger | Tim J | Swanson | Lloyd N. |
| Silverson | Garland L. | Szlavich | Mark |
| Sims | Joshua D. | Taber | Duke G |
| Sisson | James W | Tallent | Darrell G. |
| Slevcove | Harry W | Tanler | Jon E. |
| Slocum | Kenneth A | Tapia | David S |
| Smart | Mark E | Taplin | Dana |
| Smart | Richard E | Taylor | Kenneth |
| Smith | Leo | Taylor | Michael P. |
| Smith | Norman | Thomas | Anthony J. |
| Smith | Tim | Thompson | Arthur A |
| Smith | Troy B. | Thornton | Gary L. |
| Smock | Burton (Steven) | Thornton | Melvin |
| Snow | Kenneth | Threadgill | Daniel |
| Snyder | David J | Tiedeman | Emerson (Sonny) |
| Solomon | David M | Tomassi | Anthony |
| Southard | David (Chad) | Trammel | Rick T |
| Spicer | Glen A | Trembly | Rory J |
| Spurgeon | Robert J Jr | Trullinger | Jack |
| Stasi | Michael | Tucker | Calvin J. |
| Steger | Richard J (Dick) | Turner | David W. |
| Stephens | Stephen H. | Turner | Jody W. |
| Stewart | Shelton | Underwood | Brady |

# EXHIBIT A

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Urruchua | Fernando | Williams | Robert E. |
| Utter | Larry D | Wilmes | Joe |
| Van Dorn | Andrew H. | Wilson | Trent |
| Vargas | Gary D. | Winn | Jerry M. |
| Viescas | Daniel | Wood | Jason S |
| Wagner | Jay | Woods | James D |
| Wainford | Jon E | Wright | Germaine (Jill) |
| Walden | Scott | Wright | Timothy W |
| Walker | Roger A | Yates | Val E |
| Wallace | William A | Yelton | James J. |
| Wallis | Stacey | Young | Daniel |
| Wampler | Gregory E | Yourn | Warren S |
| Way | Patricia E | Zeek | Gary A. |
| Waymire | Michael R. | Ziglinski | Mark |
| Webb | Dawn M. | Zook | Ronald |
| Weighall | John | | |
| Welch | Gene | | |
| Wenzinger | Albert L. | | |
| West | John B | | |
| Whitaker | Don | | |
| White | Andrew D | | |
| White | Arthur | | |
| Whitney | Randy D. | | |
| Wiker | Marc | | |
| Wiktorek | Adam | | |
| Wilkins | Darren M. | | |
| Williams | Brian D. | | |
| Williams | Jerry L. | | |