IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF LABOR,** | 09-CV-863-HU |
| **Plaintiff,** | ORDER |
| v. | |
| **R.M. INTERNATIONAL, INC., and JAMES KEYES,** | |
| **Defendants.** | |

**BRUCE L. BROWN**
**EVAN H. NORDBY**
United States Department of Labor
Office of the Solicitor
1111 Third Avenue, Suite 943
Seattle, Wash.  98101
(206) 553-0940

       Attorneys for Plaintiff

**RICHARD N. VAN CLEAVE**
**TODD A. HACKETT**
601 S.W. Second Avenue, Suite 2300
Portland, OR 97204
(503) 276-2181

       Attorneys for Defendants

1  -  OPINION AND ORDER

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#55) on March 3, 2011, in which he recommends this Court deny Defendants' Motion (#24) for Summary Judgment. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#55). Accordingly, the Court **DENIES** Defendants' Motion (#24) for Summary Judgment.

IT IS SO ORDERED.

DATED this 28th day of March, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - OPINION AND ORDER